USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| GINGER DIXON, *et al*, | |
| Plaintiffs, | 1:20-cv-01234-GHW |
| -against- | |
| DEVA CONCEPTS, LLC, d/b/a DEVACURL, | |
| Defendant. | |
| ROBIN CICCIA, *et al*, | |
| Plaintiffs, | 1:20-cv-01520-GHW |
| -against- | |
| DEVA CONCEPTS, LLC, d/b/a DEVACURL, | |
| Defendant. | |
| JENNIFER SCHWARTZ, *et al*, | |
| Plaintiffs, | 1:20-cv-01657-GHW |
| -against- | |
| DEVA CONCEPTS, LLC, d/b/a DEVACURL, | |
| Defendant. | |
| KELLIANN BOLASH, *et al*, | |
| Plaintiffs, | 1:20-cv-02045-GHW |
| -against- | |
| DEVA CONCEPTS, LLC, d/b/a DEVACURL, | |
| Defendant. | |
| ISMAHA ABDULASHI, *et al*, | |
| Plaintiffs, | 1:20-cv-02047-GHW |
| -against- | |
| DEVA CONCEPTS, LLC, d/b/a DEVACURL, | |

|                                              | Defendant. | :  |                     |
|----------------------------------------------|------------|----|---------------------|
|                                              |            | :  |                     |
| MARY REILLY, *et al*,                        |            | :  |                     |
|                                              | Plaintiffs,| :  | 1:20-cv-02156-GHW   |
| -against-                                    |            | :  |                     |
| DEVA CONCEPTS, LLC, d/b/a DEVACURL,          |            | :  |                     |
|                                              | Defendant. | :  |                     |
|                                              |            | :  |                     |
| ASHLEY ORNER, *et al*,                       |            | :  |                     |
|                                              | Plaintiffs,| :  | 1:20-cv-02662-GHW   |
| -against-                                    |            | :  |                     |
| DEVA CONCEPTS, LLC, d/b/a DEVACURL,          |            | :  |                     |
|                                              | Defendant. | :X | ORDER               |

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference on April 14, 2020 at 12:30 p.m. to discuss the proposed stipulation filed in 1:20-cv-1234-GHW at Dkt. No. 22. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

In any case where Defendant has not appeared, Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: April 13, 2020

_____
GREGORY H. WOODS
United States District Judge

2