UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: DEVA CONCEPTS PRODUCTS            Master File No. 1:20-cv-01234-GHW
LIABILITY LITIGATION

-------------------------------------------------

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**PLAINTIFFS' NOTICE OF MOTION FOR APPOINTMENT OF
INTERIM LEAD COUNSEL, INTERIM LIAISON COUNSEL, AND
<u>INTERIM EXECUTIVE COMMITTEE PURSUANT TO FED. R. CIV. P. 23(g)(3)</u>**

**PLEASE TAKE NOTICE** that Plaintiffs hereby move the Court, before the Honorable Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, for an Order designating Gary E. Mason (Mason Lietz & Klinger LLP), Gary M. Klinger (Mason Lietz & Klinger LLP), Charles Schaffer (Levin Sedran & Berman LLP), and Rachel Soffin (Greg Coleman Law) as Interim Co-Lead Counsel; Gary Graifman (Kantrowitz Goldhamer & Graifman, P.C. ) as Interim Liaison Counsel; and Melissa R. Emert (Stull, Stull & Brody), Jeffrey Goldenberg (Goldenberg Schneider, L.P.A.), John Macoretta (Spector Roseman & Kodroff, P.C.), Joel Rhine (Rhine Law Firm), Gordon Rudd (Zimmerman Reed LLP), Robert S. Schachter (Zwerling, Schachter & Zwerling), Jonathon Shub  (Shub Law Firm, LLC), and Melissa Weiner (Pearson, Simon & Warshaw, LLP) as Interim Executive Committee members, and for such other  and further relief as the Court deems just and proper.

Plaintiffs submit the accompanying Memorandum of Law in Support of Plaintiffs' Motion and the Declaration of Gary S. Graifman with Exhibits ("Graifman Decl."), filed separately for the

Court's consideration.[1]  A proposed Order granting this Motion is attached as Exhibit 13 to the Graifman Decl.

Dated June 12, 2020                                        Respectfully submitted,

                                                    <u>s/ Gary S. Graifman</u>
Gary S. Graifman
**KANTROWITZ GOLDHAMER
& GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tel: (845) 356-2570
Fax: (845) 356-4335
ggraifman@kgglaw.com

Gary M. Klinger (*pro hac vice*)
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (312) 283-3814
Fax: (773) 496-8617
gklinger@masonllp.com

Gary E. Mason (*pro hac vice)*
David Lietz (*pro hac vice forthcoming*)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Tel: (202) 429-2290
Fax: (202) 42902294
gmason@masonllp.com
dlietz@masonllp.com

Melissa R. Emert
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel: (954) 341-5561
Fax: (954)341-5531
memert@ssbny.com

---

[1] This Motion for Appointment of Interim Lead Counsel does not require a pre-motion letter pursuant to the Court's individual rules.  *See* Judge Woods' Individual Rules of Practice in Civil Case, Rule 2(c).

Charles E. Schaffer (*pro hac vice forthcoming*)
**LEVIN, SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel.: (215) 592-1500
Fax: (215) 592-4663
cschaffer@lfsblaw.com

Rachel Soffin (*pro hac vice forthcoming*)
**Greg Coleman Law**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
rachel@gregcolemanlaw.com

Robin F. Zwerling (RZ 6736)
Robert S. Schachter (RS 7243)
Dan Drachler (DD 1526)
Sona R. Shah (SS 4712)
**ZWERLING, SCHACHTER &
ZWERLING LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969
rzwerling@zsz.com
ddrachler@zsz.com
rschachter@zsz.com
sshah@zsz.com

Jeffrey S. Goldenberg (*admitted pro hac vice*)
**GOLDENBERG SCHNEIDER, L.P.A.**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Tel.: (513) 345-8297
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

J. Gordon Rudd, Jr. (*admitted pro hac vice*)
(MN Bar No. 222082)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel.: (612) 341-0400
Fax: (612) 341-0844

Gordon.Rudd@zimmreed.com

Melissa S. Weiner (*pro hac vice forthcoming*)
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pswlaw.com

Jonathan Shub (*pro hac vice forthcoming*)
SHUB LAW FIRM, LLC
134 Kings Highway, Second Floor
Haddonfield, New Jersey 08033
Telephone: (856) 772-7200
jshub@shublawyers.com

*Counsel for Plaintiffs*