```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
        :
        :
IN RE: DEVA CONCEPTS PRODUCTS    :   Master file 1:20-cv-01234-GHW
LIABILITY LITIGATION        :
        :
        :   ORDER
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On June 12, 2020, Plaintiffs moved to appoint interim lead counsel, interim liaison counsel, and an interim executive committee pursuant to Fed. R. Civ. P. 23(g)(3).  Any opposition is due no later than July 3, 2020.  Any reply is due no later than one week after the date of service of the opposition.

       SO ORDERED.

Dated:  June 15, 2020
                                                                            GREGORY H. WOODS
                                                                        United States District Judge