UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: DEVA CONCEPTS PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates To:<br>All Actions | **Master File No. 1:20-cv-01234-GHW** |

## JURY DEMAND OF DEFENDANT DEVA CONCEPTS, LLC

Pursuant to Federal Rule of Civil Procedure 38, Defendant Deva Concepts, LLC hereby demands a jury of twelve on all issues so triable.

Dated: October 7, 2020

/s/ Keith E. Smith
Keith E. Smith
**GREENBERG TRAURIG, LLP**
Three Logan Square 1717 Arch Street
Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7800
smithkei@gtlaw.com
Counsel for Deva Concepts, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of October, 2020, I caused a true and correct copy of the foregoing **JURY DEMAND OF DEFENDANT DEVA CONCEPTS, LLC** to be filed with the Clerk of the Court for the Southern District of New York via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matter.

October 7, 2020　　　　　　　　　　　　　　　　*/s/ Keith E. Smith*
　　　　　　　　　　　　　　　　　　　　　　　Keith E. Smith