```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                      :

MASTER FILE: 1:20-cv-01234-GHW

IN RE: DEVA CONCEPTS PRODUCTS
LIABILITY LITIGATION              :       ORDER

------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On December 22, 2020, the Court held a teleconference to discuss Defendant's proposed motion to dismiss. *See* Dkt. No. 89. As stated on the record during that conference, based on the parties' representations that they intend to participate in mediation and meet and confer prior to submission of the motion, the briefing schedule for Defendant's motion to dismiss is as follows: Defendant's motion is due no later than January 28, 2021. Plaintiffs' opposition is due no later than March 5, 2021. Defendant's reply, if any, is due no later than March 26, 2021. The parties are invited to write the Court if they wish to request an extension of the deadlines to dedicate additional time to mediation, or an increase of the page limits.

       SO ORDERED.

Dated: December 22, 2020

                                                                       GREGORY H. WOODS
                                                                   United States District Judge