```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                       :

                                                       :       MASTER FILE: 1:20-cv-01234-GHW

IN RE: DEVA CONCEPTS PRODUCTS       :
LIABILITY LITIGATION                         :       <u>ORDER</u>

-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 28, 2021, the Court held a class action settlement fairness hearing to discuss Plaintiffs' motion to seal Exhibit A to the declaration of Gary E. Mason in support of petition for award of attorney fees ("Motion to Seal"), Dkt. No. 122. For the reasons articulated on the record during that conference, Plaintiffs' Motion to Seal is denied without prejudice.

The Clerk of Court is instructed to terminate the motions at Dkt. No. 122.

SO ORDERED.

Dated: January 1, 2022

_____
GREGORY H. WOODS
United States District Judge