```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :

IN RE: DEVA CONCEPTS PRODUCTS    :    MASTER FILE: 1:20-cv-01234-GHW
LIABILITY LITIGATION                          :    ORDER

------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The Court has received Katherine Robaina's February 3, 2022 motion for leave to leave to be excluded from the class action settlement. Dkt. No. 132. Counsel for both lead plaintiffs and the defendant are ordered to respond to that motion no later than February 25, 2022. The responses should state whether that relevant party opposes Ms. Robaina's motion.

       SO ORDERED.

Dated: February 3, 2022
New York, New York

                                                            _____
                                                                 GREGORY H. WOODS
                                                            United States District Judge