```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
:
:
IN RE:  DEVA CONCEPTS PRODUCTS         :         Master file 1:20-cv-01234-GHW
LIABILITY LITIGATION                              :
:
:                ORDER
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On August 23, 2022, the Court received electronic correspondence from one of the class members involved in the Deva Concepts Products Liability Litigation Class Action settlement. According to the correspondence received by the Court (*see* Ex. 1), this class member, among others, have not received an update regarding the settlement and scheduling of payments despite numerous attempts to contact class counsel and the Settlement Administrator. Accordingly, the Court directs class counsel to file a response regarding the concerns articulated in Exhibit 1 attached to the Order no later than August 29, 2022.

      SO ORDERED.

Dated:  August 23, 2022
       New York, New York

                                                        GREGORY H. WOODS
                                                     United States District Judge